# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**ANDREW JAMISON**                                                    **PETITIONER**

**v.**                                                    **No. 3:20CV20-SA-JMV**

**WARDEN RON KING**                                                    **RESPONDENT**

## ORDER GRANTING PETITIONER'S
## MOTION TO AMEND

This matter comes before the court on the motion by the petitioner to amend his petition for a writ of *habeas corpus*. A "court should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)). Although not automatic, the decision to grant or deny such leave is within the sound discretion of the district court. *Bloom v. Bexar County, Texas*, 130 F.3d 722, 727 (5th Cir. 1997), *Halbert v. City of Sherman*, 33 F.3d 526, 529 (5th Cir. 1994). The motion is well taken and is **GRANTED**. The instant petition for a writ of *habeas corpus* is deemed amended as of the date the instant motion was filed.

**SO ORDERED**, this, the 1st day of April, 2020.


/s/    Jane M. Virden
UNITED STATES MAGISTRATE JUDGE